UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWIN TROY HAWKINS, a married man,<br><br>            Plaintiff,<br><br>     v.<br><br>DOUGLAS COUNTY, a municipal corporation; et al.;<br><br>            Defendants. | NO:  2:15-CV-0283-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS CERTAIN DEFENDANTS |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal of Defendants Steven M. Clem and John Does 15-25 with the Douglas County Deputy Prosecuting Attorney's Office (ECF No. 38).  The parties have stipulated to the dismissal of Defendants Steven M. Clem and John and Jane Does 15-25 of the Douglas County Prosecuting Attorney's Office without prejudice and without costs.

//

ORDER GRANTING STIPULATED MOTION TO DISMISS CERTAIN DEFENDANTS ~ 1

**ACCORDINGLY, IT IS ORDERED**:

1. The parties' Stipulated Motion for Dismissal of Defendants Steven M. Clem and John Does 15-25 with the Douglas County Deputy Prosecuting Attorney's Office (ECF No. 38) is **GRANTED**. The above named Defendants are **DISMISSED** without prejudice and without an award of fees or costs to either party.

2. The District Court Executive is directed to enter this Order, provide copies to counsel, and **TERMINATE** Defendants Steven M. Clem and John and Jane Does 15-25 of the Douglas County Prosecuting Attorney's Office from the docket.

**DATED** July 20, 2016.



THOMAS O. RICE
Chief United States District Judge